**STATE of Missouri, Respondent,**

v.

**Willie K. THORNTON, Appellant.**

**No. WD 41664.**

Missouri Court of Appeals, Western District.

Oct. 31, 1989.

Robert Beaird, Kansas City, for appellant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of second degree murder under § 565.021, RSMo 1986, and armed criminal action pursuant to § 571.015, RSMo 1986.

Judgment affirmed. Rule 30.25(b).